# BUDD LARNER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
260 MADISON AVENUE – 18TH FLOOR
NEW YORK, NY 10016
Tel.: 212-455-0436
Fax: 973-379-7734
www.BuddLarner.com

**ADAM T. HOFFMAN**                                              **Direct: 212-455-0436**
**Member NY and NJ Bars**                                        **E-mail: AHoffman@BuddLarner.com**

March 13, 2019

**By ECF**
Hon. Cathy Seibel, U.S.D.J.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300  Quarropas St.
White Plains, NY 10601-4150

      **Re:**   *Budd Larner, P.C. v. Rocco Romeo, et al.*
            **Case No.  19-cv-01720 (CS)**

Dear Judge Seibel,

      This firm represents Plaintiff Budd Larner, P.C. in the referenced action. As directed by Your Honor at the hearing on March 12, 2019, I have enclosed for Your Honor's consideration a proposed Order in connection with the preliminary injunction. Counsel for Defendant Galler has approved the proposed Order.

      Thank you very much for your consideration.

                             Respectfully submitted,

                             ADAM T. HOFFMAN

Encl.

 cc:  David L. Darwin, Esq.
      Benjamin Ostrer, Esq.

NEW YORK                                    SHORT HILLS