

**CHIESA SHAHINIAN & GIANTOMASI PC**

11 TIMES SQUARE, 31ST FLOOR
NEW YORK, NY 10036

csglaw.com

**PHILIP C. CHRONAKIS**
pchronakis@csglaw.com
(O) 212.324.7269
(F) 212.575.5171

November 1, 2019

**By ECF**

Hon. Cathy Seibel, U.S.D.J.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300  Quarropas St.
White Plains, NY 10601-4150

    Re:    *Budd Larner, P.C. v. Rocco Romeo, et al.*
             Case No.  19-cv-01720 (CS)

Dear Judge Seibel,

       This firm represents Plaintiff Budd Larner, P.C. in the referenced action.  This matter is scheduled for a case management conference before Your Honor this afternoon at 4:45 with myself and David Darwin, Esq. on behalf of Ms. Jacqueline (Star) Galler.

       I am pleased to report that the parties have reached a settlement of this action, and have exchanged with counsel a stipulation of dismissal and other settlement documents.  I anticipate filing the Stipulation in the next couple of hours.

       After conferring with Mr. Darwin, I respectfully request that the filing of the Stipulation act to remove today's conference from the calendar, and this not require the appearances of counsel.  In the event that the Stipulation is not filed before 4:45 PM, I respectfully request that the scheduled appearance be adjourned to the next available business date on which Your Honor has availability, to assure that the Stipulation will be filed this evening or over the weekend.

       Thank you very much for Your Honor's consideration, and for the guidance that helped the parties resolve this action.

Hon. Cathy Seibel, U.S.D.J.
November 1, 2019
Page 2

                            Respectfully submitted,

                            PHILIP C. CHRONAKIS

cc:  David Darwin, Esq. (by email)